IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANCIS T. DAVEY,
    Plaintiff,

v.                            Case No. 3:06cv31/RV/EMT

BAPTIST HEALTH CARE CORP., et al.,
    Defendants.
_____/

## **O R D E R**

This cause is before the court upon Defendants' Motion to Compel Deposition Answers From a Non-Party Witness and Supporting Memorandum (Doc. 57).  Defendants allege that non-party witness Susan Davey basically refused to answer any questions during a deposition held on January 26, 2007,[1] and they seek an order compelling her to attend another deposition and answer questions.  Additionally, Defendants seek costs incurred as a result of their attempt to depose Ms. Davey, including court reporter costs in the amount of $135.00 and attorney's fees for time incurred in attending the deposition, as well as fees associated with bringing the instant motion to compel.  Defendants contend that Plaintiff agrees to an order compelling Ms. Davey's attendance and participation at another deposition, but Plaintiff disagrees that any fees or costs should be paid.

Before the court rules on this matter, Plaintiff shall have an opportunity to respond to Defendants' motion.  Plaintiff's response should include an explanation regarding why Ms. Davey should not be sanctioned pursuant to Fed. R. Civ. P. 30(d)(3) and why Defendants would not be entitled to attorney's fees pursuant to Fed. R. Civ. P. 37(a)(4)(A).

---

[1] Indeed, a review of the deposition transcript reveals Ms. Davey's complete refusal to answer relevant questions, and the court is not amused by her offer to "discuss the weather."  Simply put, her behavior is unacceptable.

Accordingly, it is **ORDERED**:

Plaintiff shall respond to Defendants' motion on or before **WEDNESDAY, FEBRUARY 7, 2007.**

**DONE AND ORDERED** this 2<u>nd</u> day of February 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**